No. 81–6177. SERE v. UNITED STATES. Ct. Cl. Certiorari denied.

No. 81–6178. VANDER PAUWERT v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 81–6179. CAMERON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 81–6181. BELL v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 81–6185. HOWELL v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 81–6188. MAGILL v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 81–6189. RAMSEY ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 81–6193. TINSLEY v. UNITED STATES AIR FORCE. Ct. Cl. Certiorari denied.

No. 81–6195. HENDRIX v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 81–415. CASBAH, INC., ET AL. v. THONE, GOVERNOR OF NEBRASKA, ET AL. C. A. 8th Cir. Certiorari denied. JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 81–998. BRACHE ET AL. v. COUNTY OF WESTCHESTER ET AL. C. A. 2d Cir. Certiorari denied. JUSTICE STEVENS took no part in the consideration or decision of this petition.